FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

December 14, 2021

No. 04-21-00258-CR

Aaron Dominique **TRAYLOR**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CR-6163
Honorable Melisa C. Skinner, Judge Presiding

## O R D E R

    Appellant's brief was due on October 18, 2021. On November 17, 2021, the clerk of this court notified appellant's attorney by letter that appellant's brief was late and asked appellant's attorney to respond to this court in writing. *See* TEX. R. APP. P. 38.8(b)(2). Appellant's attorney has not responded, and appellant's brief has still not been filed.

    We ORDER appellant's attorney to file appellant's brief on or before **January 3, 2022**. If appellant's brief is not filed by that date, we will abate this appeal to the trial court for an abandonment hearing. TEX. R. APP. P. 38.8(b)(2). Contempt proceedings may also be initiated against appellant's attorney. *Id*. 38.8(b)(4).

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of December, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court